UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERNEST FRAZIER,

                Plaintiff,

-against-

ROBERT REILLY, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-5351 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 9, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated July 12, 2005, dismissing plaintiff's case with prejudice for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b), and for failure to substitute a new plaintiff, pursuant to Fed. R. Civ. P. 25(a)(1); it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; and that plaintiff's case is dismissed with prejudice for lack of subject matter jurisdiction and for failure to substitute a new plaintiff.

Dated: Brooklyn, New York
        August 12, 2005

                                                /S/
                                      ROBERT C. HEINEMANN
                                      Clerk of Court